IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CHARLES HILL, | No. C 12-5008 LHK (PR) |
| Plaintiff, | ORDER GRANTING IN PART MOTION FOR EXTENSION OF TIME TO FILE SECOND AMENDED COMPLAINT |
| vs. | |
| DEPARTMENT OF JUSTICE, et al., | |
| Defendants. | |

Plaintiff, a California state prisoner proceeding *pro se*, filed an amended civil rights complaint pursuant to 42 U.S.C. § 1983 and *Bivens v. Six Unknown Named Agents*, 403 U.S. 388, 392-97 (1971). On February 7, 2013, the Court screened Plaintiff's amended complaint, and dismissed it with leave to amend. Plaintiff was directed to file a second amended complaint within thirty days. Plaintiff has filed a motion for an extension of time of ninety days to file his second amended complaint. (Doc. No. 9.)

Plaintiff's motion for an extension of time to file a second amended complaint is **GRANTED** in part. Plaintiff shall file a second amended complaint **within sixty (60) days** from the date this order is filed.

IT IS SO ORDERED.

DATED: 3/20/13

LUCY H. KOH
United States District Judge

Order Granting In Part Motion for Extension of Time to File Amended Complaint
G:\PRO-SE\SJ.LHK\CR.12\Hill008eot-ac.wpd