1

2

3

4

5

6

7

8

9

10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID CHARLES HILL, | ) | No. C 12-5008 LHK (PR) |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING MOTION |
| | ) | FOR LEAVE TO AMEND |
| vs. | ) | |
| | ) | |
| | ) | (Docket No. 6) |
| DEPARTMENT OF JUSTICE, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff, a California state prisoner proceeding *pro se*, filed a motion for leave to amend his civil rights complaint, and an amended civil rights complaint pursuant to 42 U.S.C. § 1983 and *Bivens v. Six Unknown Named Agents*, 403 U.S. 388, 392-97 (1971).  Plaintiff's motion for leave to amend his complaint is GRANTED.  The Clerk shall file Plaintiff's amended complaint, which was submitted on December 14, 2012.

IT IS SO ORDERED.

DATED:   4/15/13

*Lucy H. Koh*

LUCY H. KOH
United States District Judge

Order Granting Motion for Leave to Amend
G:\PRO-SE\SJ.LHK\CR.12\Hill008misc.wpd