IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CHARLES HILL, ) | No. C 12-5008 LHK (PR) |
| Plaintiff, ) | JUDGMENT |
| vs. ) | |
| DEPARTMENT OF JUSTICE, et al., ) | |
| Defendants. ) | |

The Court has dismissed the instant action. A judgment of dismissal with prejudice is entered. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 7/15/13

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

G:\PRO-SE\LHK\CR.12\Hill008jud.wpd